**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CODY R. HENDERSON,**

**Plaintiff,** :

**v.**

**PICKAWAY COUNTY SHERIFF'S OFFICE, *et al*.,** :

**Defendants.**

**Case No. 2:26-cv-524**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court on the Order and Report and Recommendation ("OR&R") issued by the Magistrate Judge on August 4, 2026. (ECF No. 8.) Therein, the Magistrate Judge recommended that the Court sever and dismiss without prejudice all of Cody Henderson's claims in this action except his claims against Edward Moore and the Pickaway County Sheriff's Office arising from the May 2024 stalking charges. (*Id.*) The Magistrate Judge further recommended that the Court dismiss Mr. Henderson's Fourth Amendment malicious prosecution claim (Count IV), Fourteenth Amendment fabrication of evidence/denial of due process claim (Count V), and First Amendment retaliation claim (Count I) as to the Pickaway County Sheriff's Office and as to Defendant Moore in his official capacity. (*Id.*) Finally, the Magistrate Judge recommended that the Court dismiss Mr. Henderson's claims for declaratory relief against Defendant Moore but permit Mr. Henderson to proceed on his individual-capacity First Amendment retaliation claim for damages against Defendant Moore (*Id.*)

Mr. Henderson was advised of the right to file objections to the Report and Recommendation and the consequences of failing to do so. (*Id.*) Still, no objections have been filed, and the deadline for doing so has passed.

Thus, for the reasons set forth therein, the OR&R (ECF No. 11) is **ADOPTED** and **AFFIRMED**. All claims in this action, except Mr. Henderson's claims against Defendant Moore and the Pickaway County Sheriff's Office arising from the May 2024 stalking charges, are **SEVERED** and **DISMISSED without prejudice** to pursuing them in separate actions. Additionally, Mr. Henderson may proceed on his individual-capacity First Amendment retaliation claim for damages against Defendant Moore, but his Fourth Amendment malicious prosecution claim (Count IV), Fourteenth Amendment fabrication of evidence/denial of due process claim (Count V), and First Amendment retaliation claim (Count I) as to the Pickaway County Sheriff's Office and as to Defendant Moore in his official capacity are **DISMISSED** for failure to state a claim on which relief can be granted under 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**